1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

MAGISTRATE JUDGE STROMBOM

LODGED
RECEIVED

JAN 1 _ 2008

CLERK U.S. DISTRICT COURT
WESTERN _____ AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

DAVID BELANGER,

    Defendant/Petitioner.

)
)
)
)
)
)
)
)
)
)
)
)

NO. CR07-5623

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED
PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING
DEFENDANT TO TAKE TREATMENT
AS PRESCRIBED

(Clerk's Action Required)

17     THIS MATTER, coming on for hearing this 14th day of January, 2008, upon the

18 defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his

19 attorney, Colin A. Fieman, Assistant Federal Public Defender; the United States of America

20 being represented by Barbara Sievers, Assistant United States Attorney; the Court, having

21 examined and incorporated into the record Petitioner's Petition and Statement in support of

22 deferred prosecution, the evaluation and treatment report prepared by Army Substance Abuse

23 Program (ASAP), and the files and records herein, being fully advised in the premises, does now

24 make and enter the following:

25 ///

26 ///

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

# I. FINDINGS OF FACT

A.     On or about the 12th day of June, 2007, Petitioner was charged with the offense/offenses charged in the Information.   This offense occurred as a direct result of alcoholism/chemical dependency problems;

B.     Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C.     The probability of similar misconduct in the future is great if the problem is not treated;

D.     Petitioner is amenable to treatment;

E.     An effective rehabilitative treatment plan is available to Petitioner through ASAP, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F.     That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from ASAP, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G.     That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H.     That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

/ / /

/ / /

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

## II. CONCLUSIONS OF LAW

A.     That the above-entitled Court has jurisdiction over the subject matter and Petitioner David Belanger, in this case;

B.     That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C.     That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D.     That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution.  The prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A.     Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B.     Petitioner shall enroll in and successfully complete the two-year treatment program recommended by ASAP according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference.  Petitioner shall not change treatment agencies without prior Probation approval;

C.     The treatment facility, ASAP, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year.  The Court may increase the frequency of these reports at its discretion;

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3

1      D.    Petitioner shall notify U.S. Probation within 72 hours of any residence change.

2      E.    Petitioner shall abstain during the deferred prosecution period from any and all

3  consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

4      F.    Petitioner shall not operate a motor vehicle on the public highways without a valid

5  operator's license and proof of liability insurance sufficient to comply with the state laws on

6  financial responsibility;

7      G.    Petitioner shall be law abiding and shall not commit any alcohol/drug related

8  offenses or other criminal offenses during the period of deferral,

9      H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,

10  questioned, or cited by Law Enforcement;

11      I.    In the event that Petitioner fails or neglects to carry out and fulfill any term or

12  condition of his treatment plan or violates any provision of this Order or any rule or regulation

13  of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why

14  Petitioner should not be removed from deferred prosecution and prosecuted for the

15  offense/offenses charged;

16      J.    In the event the Court finds cause to revoke this deferred prosecution, the

17  stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or

18  innocence determined by the Court;

19      K.    That the statement of Petitioner for Deferred Prosecution shall remain sealed, and

20  all subsequent reports or documents relating to her treatment information shall be sealed, to

21  maintain confidentiality of Petitioner's treatment information;

22      L.    That the Department of Licensing be notified of this Order accepting the

23  Petitioner for deferred prosecution;

24      M.    Upon proof of Petitioner's successful completion of five years deferral period in

25  this Order, the Court shall dismiss the charges pending against Petitioner.

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 4

1      N.     Additional conditions: _____

2 _____

3 _____.

4

5

6      DONE IN OPEN COURT this _____ day of January, 2008.

7

8

9

10                              UNITED STATES MAGISTRATE JUDGE

11 Presented by:

12

13 _____

14 Colin A. Fieman
    Attorney for Petitioner

15      I have received a copy of the foregoing Order of Deferred Prosecution. I have read and
   understand its contents, and agree to abide by the terms and conditions set forth herein.

16

17

18 Dated: 1/14/08 _____                             

19                           David Belanger
                          Petitioner

20

21      I certify that a copy of this signed Order was mailed to the subject treatment facility, on
  1-15-08 _____, 2008. The United States Probation Office was also furnished a copy

22 of this Order.

23

24                            Clerk

25

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710